IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02400-RPM

HOWARD CARTER,

    Plaintiff,
v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC and
OCWEN LOAN SERVICING, LLC,

    Defendants.

_____

### ORDER DISMISSING FIFTH CLAIM
_____

    The fifth claim for relief in the plaintiff's complaint alleges that defendant Ocwen Loan Servicing, LLC is a debt collector and has violated the FDCPA. That defendant filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6) [Doc. 17] to which the plaintiff filed a response [Doc. 18]. The plaintiff's response and the complaint fail to allege that the mortgage loan was in default when the defendant acquired servicing rights. Accordingly, it is

    ORDERED that the fifth claim for relief is dismissed with prejudice.

    DATED:   December 16th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge