IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02400-RPM

HOWARD CARTER,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC and
OCWEN LOAN SERVICING, LLC,

     Defendants.

_____

ORDER DISMISSING EQUIFAX INFORMATION SERVICES LLC
_____

     Plaintiff Howard Carter has announced to the Court that all matters in controversy against Defendant Equifax Information Services LLC ("Equifax") have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

     IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Howard Carter against Defendant Equifax are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring the same.

     DATED:   December 23rd, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior Judge