IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02400-RPM

HOWARD CARTER,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC and
OCWEN LOAN SERVICING, LLC,

    Defendants.
_____

### ORDER DISMISSING OCWEN LOAN SERVICING, LLC
_____

    Plaintiff Howard Carter has announced to the Court that all matters in controversy against Defendant Ocwen Loan Servicing, LLC ("Ocwen") have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Howard Carter against Defendant Ocwen are in all respects dismissed with prejudice to the refilling of the same, with court costs to be paid by the party incurring the same

    DATED:   January 13th, 2016

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge