IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02400-RPM

HOWARD CARTER,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

    Defendants.

_____

ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC
_____

    Plaintiff Howard Carter has announced to the Court that all matters in controversy against Defendants Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union") have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Howard Carter against Defendants Experian and Trans Union are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring the same.

    DATED:   February 4th, 2016

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge